UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JEROME L. GRIMES,

Plaintiff,

v.

RN JEFFERY REZBECK, et al.,

Defendants.

Case No. 2:26-cv-09862-HDV (JDE)

JUDGMENT

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 9/24/2026

HERNÁN D. VERA
United States District Judge